UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00127

**Amarfio Dejalo Washington,**
*Plaintiff,*

v.

**Gregg County Jail,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On March 13, 2020, plaintiff, a pretrial detainee confined in the Gregg County Jail and proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3. On March 16, 2020, Judge Love instructed plaintiff to file an amended complaint. Doc. 5. Plaintiff failed to do so. On April 1, 2020, Judge Love entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 8.

There being no objections, and the court being satisfied that the report contains no clear error, the court **adopts** the findings and conclusions of the magistrate judge as the opinion of the court. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order.

*So ordered by the court on April 29, 2020.*

J. CAMPBELL BARKER
United States District Judge